433 A.2d 98

Commonwealth v. Hanna, Appellant.

Submitted June 13, 1980. Hugh C. Clark, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

433 A.2d 98

Commonwealth v. Holmes, Appellant.

Submitted September 11, 1980. James A. Swetz, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.